IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RON ALLEN HUNTER, JR.,                )
             Petitioner,         )    **C.A. No. 25-273 Erie**
                                                                   )
             v.                 )    **District Judge Susan Paradise Baxter**
                                                                   )    **Chief Magistrate Judge Richard A. Lanzillo**
DISTRICT ATTORNEY GENERAL            )
FOR THE COMMONWEALTH OF              )
PENNSYLVANIA, et al.,                )
             Respondents.        )

### MEMORANDUM ORDER

This *pro se* action for habeas corpus relief pursuant to 28 U.S.C. § 2254 was filed on September 2, 2025, by Petitioner Ronald Allen Hunter, Jr., an inmate incarcerated at the Erie County Prison in Erie, Pennsylvania ("ECP"). In his habeas petition, Petitioner appears to be challenging the judgment of sentence that was imposed by the Court of Common Pleas of Erie County on August 24, 2017. The petition was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On January 29, 2026, Respondent filed a motion to dismiss the petition as untimely because it was filed well after the expiration of the one-year statute of limitations imposed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Petitioner failed to file any response in opposition to Respondent's motion.

On June 9, 2026, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Respondent's motion to dismiss be granted, that the petition be denied as untimely, and that the issuance of a Certificate of Appealability be denied [ECF No. 18].

1

Objections to the R&R were due to be filed by June 26, 2026; however, no objections have been received from Petitioner.

Thus, after *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 14th day of July, 2026,

IT IS HEREBY ORDERED that the within petition for a writ of habeas corpus is DISMISSED, with prejudice, and that a Certificate of Appealability is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, dated June 9, 2026 [ECF No. 18], is adopted as the opinion of this Court. As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge

       All parties of record

2